UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50850
_____


STATE FARM FIRE AND CASUALTY COMPANY          PLAINTIFF-APPELLEE

versus

CURTIS BLACKMORE, ET AL.                                      DEFENDANTS

KIMBERLY JOYCE, Individually, As Representative
of the Estate of Joshua McNair, Deceased and
As Next Friend of Shawna Martin, Shawnte Martin,
Aryana McNair, and Michael McNair, Minors      DEFENDANT-APPELLANT


_____

Appeal from the United States District Court
for the Western District of Texas, Austin
(A-95-CV-839)
_____

September 8, 1997
Before REAVLEY, BARKSDALE, and STEWART, Circuit Judges:

PER CURIAM:[*]

    **AFFIRMED**.   See Local Rule 47.6.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.